# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAKIA ADAMS,<br>Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4408 |
| ERIC A. BODEN,<br>Defendant. | : | |

FILED

NOV -9 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 8th day of November, 2018, upon consideration of *pro se* Plaintiff Nakia Adams' Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 5), his Prisoner Trust Fund Account Statement (ECF No. 6), and his Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915(b).

2. Adams, #73651-066, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Adams, an initial partial filing fee of $21.53 is assessed. The Warden or other appropriate official at the Federal Detention Center or at any other prison at which Adams may be incarcerated is directed to deduct $21.53 from Adams' inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-4408. In each succeeding month when the amount in Adams' inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Adams' inmate trust

fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-4408.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of the Federal Detention Center in Philadelphia.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Adams' *Bivens* and Title VI claims against Boden are **DISMISSED with prejudice**. His FTCA claims against Boden are **DISMISSED** for lack of jurisdiction. Adams may not file an amended complaint in this matter.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____
**PETRESE B. TUCKER, J.**